IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00208-CR-W-HFS |
| TRAVON A. JONES | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A competency hearing was conducted on July 15, 2020, and Magistrate Judge Lajuana M. Counts considered the forensic evaluation prepared by Psychologist, Allison Schenk, and dated February 20, 2020, in which Dr. Schenk concluded that although the defendant presented with malingering symptoms of a mental illness, he did not genuinely have a mental disease or defect that would impact his competency to proceed.

After making an independent review of the record, and the applicable law, Judge Counts determined that the defendant was not currently suffering from a mental disease or defect which would prevent him from understanding the

nature and consequences of the proceedings against him or assisting in his defense. Thus, Judge Counts concluded that the defendant was competent to proceed.

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired. Thus, the findings and conclusions in the Report and Recommendation (Doc. 60) are ADOPTED by the undersigned.

s/ HOWARD F. SACHS
HOWARD F. SACHS
United States District Judge

Dated: August 4, 2020
Kansas City, Missouri